439 F.2d 33
 William T. HUTCHENS, Petitioner-Appellant,
v.
STATE OF ALABAMA, Respondent-Appellee.
 No. 30662 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 February 24, 1971.
 
 Appeal from United States District Court, Northern District of Alabama; Clarence W. Allgood, District Judge.
 William T. Hutchens, pro se; Michael Simonetti, Birmingham, Ala., for petitioner-appellant.
 MacDonald Gallion, Atty. Gen., Richard E. Calhoun, Asst. Atty. Gen., Montgomery, Ala., for respondent-appellee.
 Before BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir., 1970, 430 F.2d 966